John J. Talton, Chapter 13 Trustee  Check No. 826101

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11407 | 102-0 | ROY LEE MALVEAUX<br>Original Check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>P O BOX 8809<br>RICHMOND, VA 23225 | 4545 | 3,007.19 | 248.20 | 0.00 | 248.20 |
| 07-10495 | 027-0 | DENNIS W. ALEXANDER<br>Original Check written to:<br>DENNIS W. ALEXANDER<br>3260 WILLOWOOD DR<br>BEAUMONT, TX 77703 | | 0.00 | 380.07 | 0.00 | 380.07 |
| 07-90315 | 030-0 | DAVID E SCHAEFFER<br>Original Check written to:<br>TEXAS STATE BANK<br>700 CALDER AVENUE<br>P O BOX 26016<br>BEAUMONT, TX 77720-6016 | xxx7402 | 650.33 | 26.04 | 0.00 | 26.04 |
| 08-90023 | 002-0 | DENNIS W NEUKIRCH<br>Original Check written to:<br>ADV CONSULTANTS OF HUNTSVILLE<br>P O BOX 1434<br>TJD FINANCIAL SERVICES, INC.<br>HUNTSVILLE, TX 77342- | | 907.75 | 0.00 | 15.30 | 15.30 |